# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAZI ABDULHAY,<br>　　　　Plaintiff,<br><br>　　v.<br><br>ERDEM EMIN ABDULHAYOGLU,<br>　　　　Defendant. | :<br>:<br>:<br>:　Civil No. 5:22-cv-02066-JMG<br>:<br>:<br>: |

## ORDER

**AND NOW**, on this 11th day of October, 2022, upon consideration of Defendant Erdem Emin Abdulhayoglu's Motion to Dismiss (ECF No. 11) Plaintiff Gazi Abdulhay's Amended Complaint (ECF No. 9), **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum:

1. Defendant's Motion to Dismiss is **GRANTED IN PART**.

2. Plaintiff's Amended Complaint (ECF No. 9) is **DISMISSED without prejudice.**

3. The Initial Rule 16 Conference (ECF No. 9) scheduled for November 29, 2022 is **CANCELLED**.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　United States District Court Judge